MARCH 21, 1963.

No. 760. LAUDATE v. MASSACHUSETTS. On petition for writ of certiorari to the Supreme Judicial Court of Massachusetts. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *Paul T. Smith* for petitioner. *Edward W. Brooke,* Attorney General of Massachusetts, for respondent.

No. 1017, Misc. WOLFSON v. NEW YORK. On petition for writ of certiorari to the Court of Appeals of New York. Petition dismissed pursuant to Rule 60 of the Rules of this Court.

No. 1047, Misc. GREEN v. UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the First Circuit. Petition dismissed pursuant to Rule 60 of the Rules of this Court.

MARCH 25, 1963.

No. ——. FLORA CONSTRUCTION CO. ET AL., DOING BUSINESS AS FLORA & ARGUS CONSTRUCTION Co., v. NATIONAL LABOR RELATIONS BOARD. The motion of the appellant for leave to proceed *in forma pauperis* is denied.

No. 956, Misc. THOMAS ET UX. v. RANDOLPH, WARDEN, ET AL.;

No. 970, Misc. DODGE ET AL. v. EYMAN, WARDEN; and

No. 974, Misc. LATTIN v. COX, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.